UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYANT ROBINSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JIMMY PALMER, and REGGIE COX,<br><br>　　　　　　　　　　Defendants. | Case No.: 18-CV-2004 JLS (MDD)<br><br>**ORDER DISMISSING ACTION** |

  On August 28, 2018, Plaintiff Bryant Robinson filed his Complaint, ECF No. 1, and a Motion to Proceed *In Forma Pauperis* ("IFP"). ECF No. 2. On August 31, 2018, the Court issued an Order to Show Cause ("OSC") why the case should not be dismissed for lack of subject matter jurisdiction. ECF No. 4. Plaintiff filed a Reply to the OSC on September 20, 2018. ECF No. 6. On December 3, 2018, the Court denied Plaintiff's Motion to Proceed IFP and ordered Plaintiff to file within thirty days either (1) a new motion to proceed IFP addressing the deficiencies identified, or (2) pay the $400 filing fee. ECF No. 8. The Court also noted that Plaintiff's Reply to the OSC did not adequately address the Court's doubts as to whether it had subject matter jurisdiction over Plaintiff's claims. *Id.* Plaintiff has not filed a new motion to proceed IFP, paid the filing fee, or amended his complaint to address the jurisdictional deficiencies.

///

Accordingly, pursuant to Federal Rule of Civil Procedure 41(b), the Court **DISMISSES** this action without prejudice for failure to prosecute and failure to comply with the Court's December 3, 2018 Order. The Court further **CERTIFIES** that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and **DIRECTS** the Clerk of Court to close the file.

**IT IS SO ORDERED.**

Dated: October 1, 2019

Hon. Janis L. Sammartino
United States District Judge